UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

---

In re:                                                              BKY 13-41811
                                                                     Chapter 13
John Alghanim Bonacci and Connie Delphine Bonacci,
                                                        *ORDER GRANTING*
         Debtors.                              *MOTION FOR RELIEF FROM STAY*
                                                *AND CODEBTOR RELIEF FROM STAY*

---

This case is before the court on the motion of American Honda Finance Corporation seeking relief from the automatic stay of 11 U.S.C. § 362 and the codebtor stay of 11 U.S.C. § 1301. Based on the motion and the file,

IT IS ORDERED: The automatic stay of 11 U.S.C. § 362 and the codebtor stay of 11 U.S.C. § 1301 are terminated as to American Honda Finance Corporation and American Honda Finance Corporation may foreclose its interest in the 2011 Honda Moto Cross CRF250RB Motorcycle, vehicle identification number JH2ME1030BK701302 in accordance with nonbankruptcy law.

Notwithstanding Fed. R. Bankr. P. 4001(a)(3), this order is effective immediately.


Dated: June 6, 2013

                                        /e/ Robert J. Kressel
                                        Robert J. Kressel
                                        United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 06/06/2013
Lori Vosejpka, Clerk, by LH

700171